KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMADUDDIN CHAUDHRI, <br><br>       Plaintiff, <br><br>  v. <br><br> ALBERTO GONZALES, Attorney General of the United States, *et al.*, <br><br>       Defendants. | No. C 06-5969 PJH <br><br> **STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 06-5969 PJH

1 | Date: November 9, 2006 | Respectfully submitted,

2 | | KEVIN V. RYAN
  | | United States Attorney

3

4

5 | | /s/
  | | EDWARD A. OLSEN
  | | Assistant United States Attorney
6 | | Attorneys for Defendants

7

8 | Date: November 9, 2006 | /s/
  | | TRICIA WANG
9 | | Attorney for Plaintiff

10

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13

14

15 | Date: 11/13/06

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C 06-5969 PJH